928

No. 1128, Misc. PATE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1133, Misc. OWINGS *v.* JAMIESON, SHERIFF, ET AL. Supreme Court of New Jersey. Certiorari denied. *Rudolph L. Zalowitz* for petitioner.

No. 1134, Misc. LINKLETTER *v.* WALKER, WARDEN, ET AL. Supreme Court of Louisiana. Certiorari denied.

No. 1135, Misc. KELLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Robert Wood Tullis* for petitioner.

No. 1136, Misc. VALENTIN *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1137, Misc. JENKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1145, Misc. WHITTINGTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1417, Misc. JOHNSON ET AL. *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *M. Gene Haeberle, Stanford Shmukler* and *Curtis R. Reitz* for petitioners.